UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------------------X
MILAGROS ALVERIO,

                       Plaintiff,                                    19 **CIVIL** 6298 (LJL)(SDA)

        -v-                                          **JUDGMENT**

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY,
                       Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 13, 2020, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Co1mnissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**  New York, New York
            August 13, 2020

                                                                **RUBY J. KRAJICK**

                                                                  **Clerk of Court**
                                      **BY:**
                                                                   **Deputy Clerk**