```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
MILAGROS ALVERIO,                                                :
                                                                 :
                              Plaintiff,                         :
                                                                 :       19-cv-6298 (LJL)
              -v-                                                :
                                                                 :       ORDER ADOPTING
COMMISSIONER OF SOCIAL SECURITY,                                 :       REPORT AND
                                                                 :       RECOMMENDATION
                              Defendant.                         :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2025

LEWIS J. LIMAN, United States District Judge:

On June 19, 2025, Magistrate Judge Aaron issued a Report and Recommendation recommending that the Court grant Plaintiff's motion for attorney's fees and that Attorney Berger be awarded attorney's fees in the amount of $25,515.00. Dkt. No. 31. Magistrate Judge Aaron advised the parties that they had fourteen (14) days to file written objections to the Report and Recommendation, and no such objections have been filed.

In reviewing a Magistrate Judge's report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Parties are given the opportunity to raise timely objections to the report and recommendation within fourteen (14) days. *Id.* The Court reviews any portion of the report subject to an objection *de novo*; however, in the absence of any objection, the Court reviews the report and recommendation only for clear error. Fed. R. Civ. P. 72(b) Advisory Committee Notes; *Colvin v. Berryhill*, 734 F. App'x 756, 758 (2d Cir. 2018).

The Court has reviewed the record and the Report and Recommendation for clear error and, finding none, hereby ORDERS that the Report and Recommendation is ADOPTED in its

2

entirety, GRANTS Plaintiff's motion for attorney's fees, and AWARD's Plaintiff's counsel $25,515.00 in fees.  Upon receipt of this sum, Plaintiff's counsel should refund the previously paid EAJA fees of $6,500 directly to Plaintiff.

    The Clerk of Court is respectfully directed to close the case.

    SO ORDERED.

Dated: July 14, 2025
       New York, New York

                                         LEWIS J. LIMAN
                                   United States District Judge